UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| DALE KEVIN PROCTOR, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm |
| | : | by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of Ammunition |
| | : | by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | 18 U.S.C. § 924(e)(1) |
| | : | (Armed Career Criminal) |
| | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

<u>COUNT ONE</u>

On, about, and between September 8, 2007 and December 14, 2007, within the District of Columbia, **DALE KEVIN PROCTOR**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, including, *inter alia*, Burglary in the Second Degree in Case No. K-2004-2229 in the Circuit Court of Anne Arundle County, Maryland (2005),

Storehouse Breaking in Case No. 91-138 in the Circuit Court of St. Mary's County, Maryland (1991), Storehouse Breaking in Case No. CT902248X in the Circuit Court of Prince George's County, Maryland (1991), Larceny Over $300 in Case No. CT902248X in the Circuit Court of Prince George's County, Maryland (1991), Storehouse Breaking in Case No. CT910635B in the Circuit Court of Prince George's County, Maryland (1991), Larceny Over $300 in Case No. CT910635B in the Circuit Court of Prince George's County, Maryland (1991), Larceny Over $300 in Case No. CT910635B in the Circuit Court of Prince George's County, Maryland (1991), Escape in Case No. 91-762 in the Circuit Court of Charles County, Maryland (1991), Storehouse Breaking in Case No. K-1991-374 in the Circuit Court of St. Mary's County, Maryland (1991), Conspiracy to Commit Storehouse Breaking in Case No. 91-138 in the Circuit Court of Charles County, Maryland (1991), Theft Over $300 in Case No. 91-138 in the Circuit Court of Charles County, Maryland (1991),  Storehouse Breaking in Case No. CT-87-432 in the Circuit Court of Prince George's County, Maryland (1987), Storehouse Breaking in Case No. CT-87-433 in the Circuit Court of Prince George's County, Maryland (1987), and Storehouse Breaking in Case No. C-87-006, in the Circuit Court of Calvert County, Maryland (1987), did unlawfully and knowingly receive and possess one or more firearms, that is, one  Harrington & Richardson Topper Model 158 30-30 caliber Rifle with scope, one Remington Model 700 .458 caliber Rifle, one Savage Arms 24V Series D 222 caliber over/under 20 gauge Rifle/shotgun, and one Glock Model 23 .40 caliber semiautomatic pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

Further, **DALE KEVIN PROCTOR** committed such acts, having three or more previous convictions for violent felonies, punishable by imprisonment for a term exceeding one year, committed on occasions different from one another.

(**Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1), **Armed Career Criminal**, in violation of Title 18, United States Code, Section 924(e)(1))

## COUNT TWO

On, about, and between September 8, 2007 and December 14, 2007, within the District of Columbia, **DALE KEVIN PROCTOR**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, including, *inter alia*, Burglary in the Second Degree in Case No. K-2004-2229 in the Circuit Court of Anne Arundle County, Maryland (2005), Storehouse Breaking in Case No. 91-138 in the Circuit Court of St. Mary's County, Maryland (1991), Storehouse Breaking in Case No. CT902248X in the Circuit Court of Prince George's County, Maryland (1991), Larceny Over $300 in Case No. CT902248X in the Circuit Court of Prince George's County, Maryland (1991), Storehouse Breaking in Case No. CT910635B in the Circuit Court of Prince George's County, Maryland (1991), Larceny Over $300 in Case No. CT910635B in the Circuit Court of Prince George's County, Maryland (1991), Larceny Over $300 in Case No. CT910635B in the Circuit Court of Prince George's County, Maryland (1991), Escape in Case No. 91-762 in the Circuit Court of Charles County, Maryland (1991), Storehouse Breaking in Case No. K-1991-374 in the Circuit Court of St. Mary's County, Maryland (1991), Conspiracy to Commit Storehouse Breaking in Case No. 91-138 in the Circuit Court of Charles County, Maryland (1991), Theft Over $300 in Case No. 91-138 in the Circuit Court of Charles

County, Maryland (1991), Storehouse Breaking in Case No. CT-87-432 in the Circuit Court of Prince George's County, Maryland (1987), Storehouse Breaking in Case No. CT-87-433 in the Circuit Court of Prince George's County, Maryland (1987), and Storehouse Breaking in Case No. C-87-006, in the Circuit Court of Calvert County, Maryland (1987), did unlawfully and knowingly receive and possess ammunition, that is, fifteen (15) rounds of Winchester .458 magnum caliber ammunition, seventeen (17) rounds of Winchester 30-30 caliber ammunition, four (4) rounds of Wolf 7.62 x 39 ammunition, thirty-seven (37) of Fiocchi .40 caliber S&W ammunition, and twenty (20) rounds of Federal .40 caliber S&W ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

Further, **DALE KEVIN PROCTOR** committed such acts, having three or more previous convictions for violent felonies, punishable by imprisonment for a term exceeding one year, committed on occasions different from one another.

> (**Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1), **Armed Career Criminal**, in violation of Title 18, United States Code, Section 924(e)(1))

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia

4