**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : Cr. No. 08-0080 (JR) | |
| | : | |
| **DALE KEVIN PROCTOR,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER FOR DEFENDANT**

The Office of the Federal Public Defender respectfully advises the Court that Assistant

Federal Public Defender Shawn Moore has assumed responsibility for the defense of Dale Kevin

Proctor in the above-captioned case.  Mr. Proctor's case had previously been assigned to Assistant

Federal Public Defender Rita Bosworth.

Respectfully submitted,

_____/s/_____

Shawn Moore
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500